UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

              Plaintiff,                    Case No. 18-cr-20560

v.                                   Hon. Laurie Michelson

D-1    PATRICK WITTBRODT,          Magistrate Stephanie Dawkins Davis

              Defendant.

_____/

## INDEX OF EXHIBITS

**<u>Exhibit A</u>**            **Character Letters of Reference**

**<u>Exhibit B</u>**            **Letters from Mentors and Mentees in Alcoholics Anonymous Program**