# EXHIBIT A

Your Honor,                                                                                                          9/19/2021

I've known Patrick Wittbrodt II for over 7 years.   Patrick is my business partner in our wellness clinic business for over 4 years.  He plays a strategic role in our company. His leadership has grown our company 10-fold in the last 3 years.  If he is unavailable to continue his leadership role in the company, without a doubt it will fold and be financially detrimental to my family, his, and our employees.  I pray with all your wisdom and sense of fairness and justice, you will not take him from being a productive member of society, our business, and our families.

Thank you for taking your time to read this,

Daniel Westbrook

To whom it may concern,                                                                                                    9/20/2021

Patrick Wittbrodt is employed as a 1099 employee with my company Adaptive Automation we have a contract with Faurcia to perform A job that consist of multiple tooling changes and adding of a robot. Patrick will be helping us as far as leveling all the damaged tooling and then helping install/program a vision system for a Yakasawa Motoman robot. There are 25-32 damaged trolleys that are going to need to be cut and leveled. This will consist of welding and then using your expertise in leveling them with the shims that are customer supplied. We will be adding a space for shim moves for the future if any changes are needed and working with a laser tracker. The plant that I have my contract with is the Faurcia SAS facility in Newark California. This location provides the dash panel for the Tesla model 3.

The contract runs from October, and we are predicting 6 months of work on weekends only. We will be traveling to California every other weekend Friday thru Sunday starting on October 22nd Patrick will be paid $45 per hour which includes 16 hours of travel time and 12 to 14 hours of working time.
This is a new contract for my company and Patrick with his knowledge of weld systems is a vital component for my company to complete the job on time and on budget.

Kind regards


Michael Langworthy.
President
Adaptive automation
(810)-965-4314

Patrick D. Wittbrodt
5463 Territorial Rd
Grand Blanc, MI 48439

September 20, 2021

Re: Character Letter for Patrick D. Wittbrodt II

To: The Honorable Judge _____

      I write this letter with a heavy heart. I believe in doing what is right. I believe "in loving God with all your heart, body, mind and spirit and love your neighbor as yourself". My wife, Deborah and I have been married almost 49 years and we have raised our five (5) children to be responsible and respectful for the Law of Land and to love and protect each other without prejudice. Debbie and I have taught our son Patrick, these principles and pray that he lives by these principles. Patrick has a beautiful family and he loves and cares for his wife Kimberly and their son Patrick III.

During 2011, I started my company, name: <u>Wittbrodt and Associates LLC</u>, located on 498 Reid Rd., in Grand Blanc, MI.  My company has a special process that is unique and very technical. We utilize a Laser Layout Process and we support primarily the Automotive Industry. My customers are: GM, Ford, Chrysler, Nissan etel., and we travel all over the US and Canada laying out Weld Tool Body Shops.

In October 2017, I was diagnosed with Acute Myeloid Leukemia (AML- an aggressive bone marrow cancer). I had to put my company on a "medical leave of absence" while I fought for my life. I survived the chemo, hospitalization and treatments over a five-month period. My son Patrick was deeply concerned for my well-being and was instrumental to do all that was necessary to help me recover.
I did achieve remission and in May 2018, Patrick joined my company as a WA Laser Technician, learning all aspects of the Laser Layout Process and with great success.

During July 2018, I was awarded a significant contract in Arlington Texas to laser layout the entire GM SUV Body Shop. Accepting the contract was totally dependent upon my son as my partner and his unselfish commitment and willingness to sacrifice much of his time away from his family to work with me. He and his family agreed and Patrick and I traveled to Texas.

During my recovery and working in Arlington Texas, I relapsed with AML and was again hospitalized at the Univ of Michigan Cancer Institute in Ann Arbor MI. My son was instrumental in completing the critical work schedule within seven (7) months but without me. Patrick worked 7 days a week, 12 hours a day to complete all the laser layouts. The GM Install Team expressed great satisfaction of the quality, reliability, timing, efficiency and effectiveness of Patrick's work. I am so grateful and proud of my son.

Currently, I am in remission from AML but I am still dependent on Patrick's support and commitment to keep my business successful. My hope is that one day soon, Patrick will take over my business.

Debbie and I love our son unconditionally, but we are all disappointed regarding Patrick's decisions that has caused him to be present before you.  He has expressed to us his deepest regret in making such a serious mistake. We know that our son has pleaded guilty to a crime that he committed and must pay his debt to society.

Your Honor, our hope and prayer is that you consider this letter, at the time of his sentencing and give Patrick another chance to redeem himself, so he may continue to fulfill his obligations, duties and responsibilities to God, his family and his community.

Sincerely,


Patrick D. Wittbrodt