# EXHIBIT B

9/20/21

To whom it may concern:

My name is Jerald Lane, I have been an active member of A.A. since May of 1998. I am a retired teacher and coach of 32 years with the Flint Community Schools. I take my part in AA very serious, as I have worked with, ~~and~~ many younger people and still do. And I am writing this short letter to talk about one of the gest I have, and still do live the life of ~~AA~~ AA with. Patrick Withgroot.

I met Patrick in December of 2005. We started a sponsorship at that time and continues till now. Its a life long relationship. In this time I have shared hundreds of meetings. Patrick is an outstanding member of AA. He himself has worked with many newcomers and helps to enrich there lives with his awareness of there needs. To live a productive, ~~worth~~ lives, not just in AA. But lifes everyday routines.

Patrick is a great person, I not only sponor him but love him like a younger brother, for sure. Hes a credit to AA and a friend to all who need his love. He is my brother in AA. and life.

*Jerald R. Lane*

P.S. Im 76 years old.
  so I know
  810-263-9865

MEMORANDUM FOR:  Whom It May Concern

FROM:  Jeremy S. Hardy, CMSgt (ret), USAF

SUBJECT:  Character Testimonial of Patrick Wittbrodt

1. My name is Jeremy S. Hardy.  I am a combat-decorated veteran that served 25 years in United States Air Force special operations.  The intent of this correspondence is to attest to the strength of character, moral fortitude and unparalleled mentorship exhibited by Mr. Patrick Wittbrodt.

2. My extensive combat experiences left me with a plethora of musculoskeletal injuries, traumatic brain injuries and Post Traumatic Stress Disorder.  I made the unfortunate choice to contend with these maladies by abusing alcohol, eventually devolving into alcoholism.  Upon reaching out to Alcoholics Anonymous (AA), Mr. Wittbrodt selflessly offered to guide me through the recovery process as my sponsor and mentor.

3. Under the tutelage, leadership, and example of Mr. Wittbrodt I discovered a newfound hope for a life devoid of alcohol.  In addition to his assistance through the 12 steps of AA, he has served as an example to emulate.  His long-term sobriety, integrity and moral tenacity have served as a substantial source of motivation and inspiration to me.

4. As I prepare to celebrate eleven months of successful sobriety, I aim to impress upon the reader of this testimonial that this milestone is directly attributed to the leadership, mentorship and impeccable character of Mr. Wittbrodt.  As such, my family and I will forever be in his debt.

Very Respectfully,
Jeremy S. Hardy, CMSgt (ret), USAF